RICHARD J. SIDEMAN (State Bar No. 55383)
E-Mail:    rsideman@sideman.com
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:    skatz@sideman.com
EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:    ekingston@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Randolph George

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH GEORGE,<br><br>Defendant. | CASE NO. CR-01-0326 MMC<br><br>**PARTIES' STIPULATION CONTINUING HEARING TO SET SELF-SURRENDER DATE AND [Proposed] ORDER**<br><br>Date:      August 15, 2007<br>Time:      2:30 p.m.<br>Crtrm.:    # 7, 19th FLoor<br>Judge:     Maxine M. Chesney |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, the United States of America, and the Defendant, Randolph George, by and through the signatures of their respective counsel as set forth below, that the Hearing to Set Self-Surrender Date currently scheduled to occur on Wednesday, August 15, 2007, at 2:30 p.m., before the Honorable Maxine M. Chesney, shall be continued to Wednesday, August 29, 2007, to accommodate a scheduling conflict of counsel for the Defendant.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

1    IT IS SO STIPULATED.

2                                Respectfully submitted,

3

4                                SCHOOL N. SCHOOLS
                                 United States Attorney

5

6

7    DATED: _____    By:    _/s/ David L. Denier_
                                      DAVID L. DENIER
8                                     Assistant U.S. Attorney
                                      Tax Division
9                                     Attorneys for Plaintiff
                                      United States of America

10

11                               SIDEMAN & BANCROFT LLP

12

13   DATED: _____    By:    _/s/ Emily J. Kingston_
                                      EMILY J. KINGSTON
14                                    Attorneys for Defendant
                                      Randolph George
15

16

17                               ORDER

18        Pursuant to the Stipulation of the parties as set forth above,

19        IT IS HEREBY ORDERED that the Hearing to Set Self-Surrender Date

20   currently scheduled for Wednesday, August 15, 2007, at 2:30 p.m. shall be

21   continued to Wednesday, August 29, 2007, at 2:30 p.m.

22

23   Dated: ___August 8, 2007___       _Maxine M. Chesney_

24                                  THE HONORABLE MAXINE M. CHESNEY
                                    United States District Judge
25

26

27   Stipulation Continuing Hearing to Set
     Self-Surrender Date And [Proposed] Order
28   Case No. CR-01-0326 MMC
                                              2
                                 EJK:EJK:RAG.7061\384234_1.DOC

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111