RICHARD J. SIDEMAN (State Bar No. 55383)
E-Mail: *rsideman@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
EMILY J. KINGSTON (State Bar No. 184752)
E-Mail: *ekingston@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Randolph George

<u>E-FILING</u>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH GEORGE,<br><br>Defendant. | CASE NO. CR-01-0326 MMC<br><br>**PARTIES' STIPULATION RE: SELF-SURRRENDER AND [Proposed] ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, the United States of America, and the Defendant, Randolph George, by and through the signatures of their respective counsel as set forth below, as follows:

1. The Defendant, Randolph George, shall be permitted to self-surrender on or before Thursday, April 10, 2008, to the federal facility to which he is designated by the Bureau of Prisons to commence serving the term of his incarceration.

2. If, by April 10, 2008, the Bureau of Prisons has not yet designated the federal facility in which the Defendant, Randolph George, shall serve his term of incarceration, the Defendant, Randolph George, shall surrender himself to the United States Marshal in and for the Northern District of California by 12:00 noon on April 10, 2008.

IT IS SO STIPULATED.

Respectfully submitted,

JOSEPH P. RUSSIONIELLO
United States Attorney

DATED: 3/10/08    By: /s/ David L. Denier
DAVID L. DENIER
Assistant U.S. Attorney
Tax Division
Attorneys for Plaintiff
United States of America

SIDEMAN & BANCROFT LLP

DATED: 3/11/08    By: /s/ Emily J. Kingston
EMILY J. KINGSTON
Attorneys for Defendant
Randolph George

ORDER

Pursuant to the Stipulation of the parties as set forth above,

IT IS SO ORDERED. Further, the March 26, 2008 hearing on plaintiff's Motion for Order Remanding Defendant to the Custody of United States Marshal is VACATED.

Dated: March 12, 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge