IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-0326 MMC |
| Plaintiff, | **ORDER RE: DEFENDANT'S EX PARTE MOTION FOR STAY OF SURRENDER; SETTING BRIEFING SCHEDULE AND HEARING** |
| v. | |
| RANDOLPH GEORGE, | |
| Defendant / | |

The Court is in receipt of the "Ex Parte Motion of Randolph George for Stay of Surrender Pending Hearing of Habeas Corpus Relief (28 U.S.C. § 2255)," filed by defendant on March 28, 2008.

By said motion, defendant seeks to have his motion for stay of surrender heard on three Court days notice. The Court finds defendant has failed to show good cause to have the motion heard on such schedule. The Court does agree, however, to hear the matter on the following expedited schedule:

1. No later than April 4, 2008, plaintiff shall file its response to defendant's motion.

2. The matter will be heard on April 9, 2008, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: March 31, 2008

_____
MAXINE M. CHESNEY
United States District Judge