United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No. CR-01-0326 MMC

12            Plaintiff,                      **ORDER RE: DEFENDANT'S MOTION FOR STAY OF SURRENDER PENDING RECONSIDERATION OF DESIGNATION BY BOP**

13        v.

14   RANDOLPH GEORGE,

15            Defendant
                                         /

16

17        Before the Court is defendant's "Motion for Stay of Surrender Pending

18   Reconsideration of Designation by BOP," filed April 21, 2008.  The United States has filed

19   opposition.

20        Having read and considered the parties' submissions, the Court GRANTS the

21   motion to the extent defendant seeks a one-week extension of the date to surrender, i.e., to

22   May 5 2008, and, as set forth in the Amended Order for Voluntary Surrender filed

23   concurrently herewith, to elect whether to report to the designated federal institution or to

24   the United States Marshal in San Francisco.

25        **IT IS SO ORDERED.**

26

27   Dated:  April 23, 2008

28                                         MAXINE M. CHESNEY
                                           United States District Judge