IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>RANDOLPH GEORGE,<br><br>       Defendant                        / | No. CR-01-0326 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE** |

      Before the Court is defendant's "Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence," filed April 25, 2008.

      Having reviewed the motion, the Court does not find the motion is "so palpably incredible or patently frivolous as to warrant summary dismissal." See Marrow v. United States, 772 F. 2d 525, 526 (9th Cir. 1985). Accordingly, the Court hereby sets the following briefing schedule:

      1. No later than May 30, 2008, the United States shall file its opposition.

      2. No later than June 30, 2008, defendant may file a reply.

      3. As of June 30, 2008, or the date on which defendant files a reply, whichever is earlier, the Court will take the matter under submission.

      Any request for an extension must be supported by a showing of good cause.

      **IT IS SO ORDERED.**

Dated: April 30, 2008

                                                 MAXINE M. CHESNEY
                                                 United States District Judge