IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RANDOLPH GEORGE,<br><br>　　　　Defendant | No. CR-01-0326 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR STAY OF SURRENDER PENDING DETERMINATION OF § 2255 MOTION** |

Before the Court is the "Motion of Randolph George for Stay of Surrender Pending Determination of § 2255 Motion," filed April 25, 2008. The United States has filed opposition.

Having read and considered the parties' submissions, the Court, for the reasons stated by the United States, finds defendant has failed to show he is entitled to release pending determination of his § 2255 motion.[1] Specifically, plaintiff has not shown the presence of "special circumstances" or that he has a "high probability of success" on his § 2255 motion. See United States v. Mett, 41 F. 3d 1281, 1282 (9th Cir. 1995).

//

---

[1] Defendant filed his § 2255 motion on April 25, 2008. By separate order filed concurrently herewith, the Court has set a briefing schedule thereon.

Accordingly, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  April 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge