1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | BRIAN J. STRETCH, (CABN 163973)
Assistant United States Attorney
3 | Chief, Criminal Division
DAVID DENIER (CSBN 95024)
4 | Assistant United States Attorney

5 | 9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102
Telephone: (415) 436-6888
7

Attorneys for United States of America
8

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. CR-01-0326-MMC |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | MODIFYING BRIEFING |
| | ) | SCHEDULE ON DEFENDANT'S |
| RANDOLPH GEORGE, | ) | MOTION TO VACATE, SET |
| | ) | ASIDE OR CORRECT |
| Defendant. | ) | SENTENCE |
| | ) | |

Before the Court is the United States' Motion to Enlarge Time, and defendant's opposition thereto. Having read and considered said submissions, the Court finds goods cause exist to amend ~~Pursuant to the United States' Motion, and for good cause shown, it is hereby ordered~~ ~~that~~ the briefing schedule on Defendant's Motion to Vacate, Set Aside or Correct Sentence, ~~be modified~~ as follows:

1. The United States shall file its opposition no later than June 24, 2008.
2. The defendant may file a reply no later than ~~July~~ August 24, 2008.
3. The Court will take this matter under submission on ~~July~~ August 24, 2008, or the date on which the defendant files a reply, whichever is earlier.

IT IS SO ORDERED.

Dated:: May 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge