RICHARD J. SIDEMAN (State Bar No. 55383)
E-Mail:     rsideman@sideman.com
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:     skatz@sideman.com
EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:     ekingston@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:     (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Randolph George

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-01-0326 MMC |
|---|---|
| Plaintiff, | |
| v. | [Proposed] ORDER GRANTING DEFENDANT'S REQUEST FOR OPPORTUNITY TO RESPOND TO GOVERNMENT'S SUPPLEMENTAL OPPOSITION ~~AND FOR EVIDENTIARY HEARING ON REMAINING ISSUES~~ AND DENYING AS PREMATURE REQUEST FOR EVIDENTIARY HEARING |
| RANDOLPH GEORGE, | |
| Defendant. | |

The Court having read and considered ~~For the reasons set forth in the~~ Defendant's Request for Opportunity to Respond to Government's Supplemental Opposition and for an Evidentiary Hearing on Remaining Issues dated November 26, 2008, and there being no opposition thereto filed by the United States,

IT IS HEREBY ORDERED that the Defendant, Randolph George, shall be permitted to file a Response to the Government's Supplemental Opposition, ~~if any~~.  Said Response shall be due on Monday, December 22, 2008.

~~IT IS FURTHER HEREBY ORDERED that the Court shall hold an evidentiary hearing on the remaining undecided issues in the Defendant's Motion to Set Aside, Vacate or Correct~~

To the extent Defendant requests the Court schedule an evidentiary hearing to resolve his remaining claim, the request is hereby DENIED without prejudice as premature.  If, after review of the parties' respective submissions, the Court determines an evidentiary hearing is necessary, the Court will schedule such hearing at that time.

7061\718267v1                                           1
[Proposed] Order Granting Defendant's Request to Respond to
Supplemental Opposition and for Evidentiary Hearing
Case No. CR-01-0326 MMC

1  ~~Sentence pursuant to 28 U.S.C. § 2255.  Said evidentiary hearing shall be held on _____~~
2  ~~_____, 2009.~~
3      **IT IS SO ORDERED.**
4
5  Dated: December 9, 2008          _/s/ Maxine M. Chesney_____
6                                                  THE HONORABLE MAXINE M. CHESNEY
                                                United States District Judge

7061\718267v1

2

[Proposed] Order Granting Defendant's Request to Respond to
Supplemental Opposition and for Evidentiary Hearing
Case No. CR-01-0326 MMC

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111