IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>RANDOLPH GEORGE,<br>　　　　Defendant<br>_____/ | No. CR-01-0326 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S EX PARTE MOTION FOR MODIFICATION** |

　　　The Court is in receipt of the "Ex Parte Motion of Randolph George for Modification of Conditions of Supervised Release," filed by defendant June 17, 2009, by which motion defendant seeks an order allowing him to travel internationally and domestically during his term of supervised release.

　　　In light of the Court's Order to Authorize Travel, proposed by the United States Probation Office and filed June 23, 2009, defendant's ex parte motion is hereby DENIED as moot.

　　　**IT IS SO ORDERED.**

Dated: June 24, 2009

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge