IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RANDOLPH GEORGE,<br><br>    Defendant<br>_____/ | No. CR-01-0326 MMC<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR COURT'S PERMISSION TO FILE MOTION FOR RECONSIDERATION; DENYING REQUEST FOR RECUSAL; DENYING CERTIFICATE OF APPEALABILITY** |

       The Court is in receipt of defendant Randolph George's "Request for Court's Permission to File a Motion for Reconsideration," filed March 22, 2012. By the instant request, defendant seeks leave to file a motion for reconsideration of the Court's March 9, 2012 order, which order denied a motion for reconsideration of the Court's November 18, 2008 order denying his claim, made under 28 U.S.C. § 2255, that his conviction should be set aside because of ineffective assistance of trial counsel. Having read and considered the request, the Court hereby rules as follows.

       First, to the extent the request includes a request that the undersigned be recused, the motion is hereby DENIED, for the reason that the request is procedurally improper, see 28 U.S.C. § 144 (providing party seeking recusal of judge must submit "timely and sufficient affidavit"), and legally insufficient, see United States v. Sibla, 624 F.2d 864, 868 (9th Cir. 1980) (finding motion for recusal "legally insufficient," where motion was "devoid of specific

fact allegations tending to show personal bias stemming from an extrajudicial source"); see also <u>United States v. Studley</u>, 783 F.2d 934, 939 (9th Cir. 1986) (holding "a judge's prior adverse ruling is not sufficient cause for recusal").

Second, to the extent the request seeks leave to file a motion for reconsideration, the request is hereby DENIED, because defendant fails to identify any cognizable basis for reconsideration.

Lastly, to the extent defendant may seek to appeal the instant order, a certificate of appealability is hereby DENIED, for the reason defendant has not made a "substantial showing of the denial of a constitutional right."  <u>See</u> 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated:  March 27, 2012

MAXINE M. CHESNEY
United States District Judge

2