IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>RANDOLPH GEORGE,<br>　　　　Defendant. | Case No. 01-cr-00326-MMC-1<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 259 |

By order filed November 9, 2016, the Court denied defendant's "Petition for Writ of Coram Nobis," finding defendant had failed to show an "error of a fundamental character." (See Order, filed November 9, 2016, at 3:2-3.)  Now before the Court is defendant's "Motion for Reconsideration of Denial of Writ of Error Coram Nobis," filed December 6, 2016.  The government has filed opposition, to which defendant has replied.

Having and read considered the parties' respective written submissions, the Court finds, for the reasons stated by the government, defendant is not entitled to reconsideration.

Lastly, to the extent defendant's Petition for Writ of Coram Nobis and the instant Motion for Reconsideration may be construed as having been brought in a "habeas corpus proceeding or a proceeding under section 2255," see 28 U.S.C. § 2253(a), a certificate of appealability is hereby DENIED, for the reason that defendant has not made a "substantial showing of the denial of a constitutional right," see 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: January 13, 2017

MAXINE M. CHESNEY
United States District Judge